UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Northern Division

Docket No. 2:10-CR-10-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PRINTICE KINDELL THOMAS | ) | |
| Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Wednesday, December 8, 2010, in Wilmington. The case is hereby CONTINUED to February 28th term of court in Wilmington, North Carolina.

This 19th day of November 2011.

James C. Fox
Senior U.S. District Judge