# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

U.S.A. vs. Printice Kindell Thomas                    Docket No. 2:10-CR-10-1F

### Petition for Action on Supervised Release

COMES NOW J. Brock Knight, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Printice Kindell Thomas, who, upon an earlier plea of guilty to 18 U.S.C. § 922(g)(1) and 924(e)(1), Possession of a Firearm by a Felon, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on April 11, 2011, to the custody of the Bureau of Prisons for a term of 135 months. On November 7, 2012, pursuant to 28 U.S.C. § 2255, this sentence was reduced to time served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall participate in such vocational training program as may be directed by the probation office.

4. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. The defendant shall pay a special assessment of $100.

Printice Kindell Thomas was released from custody on November 8, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 23, 1997, the defendant pled guilty in Washington County Superior Court, Plymouth, North Carolina, to two felonious counts of Statutory Rape/Sexual Offense More Than 4 Years but Less Than 6 Years Older Than the Victim and was sentenced to 100 to 129 months incarceration. It is respectfully recommended that the conditions of supervised release be modified

Printice Kindell Thomas
Docket No. 2:10-CR-10-1F
Petition For Action
Page 2

to include the sex offender treatment condition in order to have the defendant evaluated to ensure he does not have any sexual interest in persons under the age of 16. If testing concludes that such an interest exists, this condition would be in place to ensure Thomas receives the appropriate treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in mental health/sex offender treatment, evaluation testing, clinical polygraphs and other assessment instruments as directed by the probation officer. While under supervision in the Eastern District of North Carolina, the defendant shall further abide by the rules and regulations of the NCE Sex Offender Program.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield | /s/ J. Brock Knight |
| Dwayne K. Benfield | J. Brock Knight |
| Supervisory U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street, Room 214 |
| | Greenville, NC 27858-1137 |
| | Phone: 252-758-7200 |
| | Executed On: January 3, 2013 |

### ORDER OF COURT

Considered and ordered this 4th day of January, 2013, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge