# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

**U.S.A. vs. Printice Kindell Thomas**             **Docket No. 2:10-CR-10-1F**

### Petition for Action on Supervised Release

COMES NOW J. Brock Knight, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Printice Kindell Thomas, who, upon an earlier plea of guilty to 18 U.S.C. § 922(g)(1) and 924(e)(1), Possession of a Firearm by a Felon, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on April 11, 2011, to the custody of the Bureau of Prisons for a term of 135 months. On November 7, 2012, pursuant to 28 U.S.C. § 2255, this sentence was reduced to time served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall participate in such vocational training program as may be directed by the probation office.

4. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. The defendant shall pay a special assessment of $100.

Printice Kindell Thomas was released from custody on November 8, 2012, at which time the term of supervised release commenced.

On January 4, 2013, a Petition for Action was filed modifying the conditions of release to include participation in sex offender treatment.

Printice Kindell Thomas
Docket No. 2:10-CR-10-1F
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 2, 2013, a urine specimen was collected from the defendant which was positive for cocaine and marijuana. When the undersigned probation officer confronted Thomas about illicit drug use, he admitted to the use of both substances on June 29, 2013.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 consecutive days and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield | /s/ J. Brock Knight |
| Dwayne K. Benfield | J. Brock Knight |
| Supervisory U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street, Room 214 |
| | Greenville, NC 27858-1137 |
| | Phone: 252-758-7200 |
| | Executed On: July 5, 2013 |

**ORDER OF COURT**

Considered and ordered this 8th day of July, 2013, and ordered filed and made a part of the records in the above case.

James C. Fox
James C. Fox
Senior U.S. District Judge

Printice Kindell Thomas
Docket No. 2:10-CR-10-1F
Petition For Action
Page 3

## FOR JUDGE'S REVIEW ONLY

## DO NOT FILE



Printice Kindell Thomas
Docket No. 2:10-CR-10-1F